No. 88–690. MATSON PLASTERING, INC. *v.* PLASTERERS & SHOPHANDS LOCAL NO. 66, OPERATIVE PLASTERERS & CEMENT

MASONS INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA. C. A. 9th Cir. Certiorari denied. 